No. 783. UNITED STATES *v.* HEALY ET AL. Appeal from the United States District Court for the Southern District of Florida. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. *R. E. Kunkel* for appellees.

No. 876. ITALIA SOCIETA PER AZIONI DI NAVIGAZIONE *v.* OREGON STEVEDORING CO., INC. C. A. 9th Cir. Certiorari granted. *Erskine Wood* and *Erskine B. Wood* for petitioner. *Alfred A. Hampson* for respondent. ■

No. 585. DRESNER ET AL. *v.* CITY OF TALLAHASSEE. Circuit Court of Florida, Second Judicial Circuit. Certiorari granted. Counsel are directed to brief and argue, in addition to the merits, the question of whether the judgment is supported by adequate state grounds. *Tobias Simon* and *Howard W. Dixon* for petitioners. *James Messer, Jr.* and *Rivers Buford, Jr.* for respondent. ■

No. 737. ALDRICH *v.* ALDRICH ET AL. Supreme Court of Appeals of West Virginia. Certiorari granted. *Herman D. Rollins* for petitioner. *Charles M. Love* for respondents.